CRAIG MISSAKIAN (SBN 1252020)
LAW OFFICES OF CRAIG MISSAKIAN
790 E. Colorado Boulevard, 9th Floor
Pasadena, CA 91101
Telephone: (818) 802-9811
Email: Craig@cmlawpartners.com

Attorneys for Defendant
FRED MINASSIAN

MICHAEL ZWEIBACK (SBN 143549)
DAWN UTSUMI (SBN 247652)
ZWEIBACK, FISET & COLEMAN LLP
523 W. 6th Street, Suite 450
Los Angeles, CA 90014
Telephone: (213) 266-5170
Facsimile: (213) 289-4025
Email : Michael.Zweiback@zfclaw.com

Attorneys for Defendant
FRED MINASSIAN

FILED
CLERK, U.S. DISTRICT COURT
12/07/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___WH___ DEPUTY

LINK 692

**DENIED BY ORDER OF THE COURT**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> FRED MINASSIAN <br><br> Defendant. | Case No.: 2:17-cr-00480-PSG-6 <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT FRED MINASSIAN'S *EX PARTE* APPLICATION TO CONTINUE TRIAL DATE** |

Having read and considered Defendant Fred Minassian's *Ex Parte* Application to Continue the Trial Date and Plaintiff's opposition thereto, the Court hereby finds that Defendant Fred Minassian's *Ex Parte* Application to Continue the Trial Date, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; (iii) the case is so unusual and so complex, due to the nature of the prosecution, that it is unreasonable to expect preparation for pre-trial proceedings or for the trial itself within the time limits established by the Speedy Trial Act; and (iv) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1.  The trial in this matter is continued from February 15, 2022, at 9:00 a.m. to September ____, 2022 at 9:00 a.m.  The pretrial conference hearing is continued from February 7, 2022, at 10:00 a.m. to September _____, 2022 at 9:00 a.m.

2.  The time period of the date of this Order to September ____, 2022 inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv).

3. Defendant Fred Minassian shall appear in Courtroom 6A of the First Street Courthouse, 350 West First Street, Los Angeles, California on: September ____, 2022, at 10:00 a.m. for the pretrial conference and September ____, 2022, at 9:00 a.m.

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

**IT IS SO ORDERED**.

DATE:_____

DENIED

_____
HONORABLE PHILIP S. GUTIERREZ
CHIEF DISTRICT JUDGE
UNITED STATES DISTRICT COURT