CRAIG MISSAKIAN (SBN 1252020)
LAW OFFICES OF CRAIG MISSAKIAN
790 E. Colorado Boulevard, 9th Floor
Pasadena, CA 91101
Telephone: (818) 802-9811
Email: Craig@cmlawpartners.com

MICHAEL ZWEIBACK (SBN 143549)
ZWEIBACK, FISET & COLEMAN LLP
523 W. 6th Street, Suite 450
Los Angeles, CA 90014
Telephone: (213) 266-5170
Facsimile: (213) 289-4025
Email : Michael.Zweiback@zfclaw.com

Attorneys for Defendant
FRED MINASSIAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-00480-PSG-6 |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFNDANT'S EX PARTE APPLICATION TO CONTINUE TRIAL** |
| v. | |
| FRED MINASSIAN | |
| Defendant. | |

The Court has read and considered Defendant Fred Minassian's ("defendant") Ex Parte Application to Continue Trial filed in this matter ("the Application"). The Court hereby finds that the Application demonstrates facts that show good cause and that support a continuance of the trial date and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public in a speedy trial; (ii) failure to grant the continuance would be likely result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from September 15, 2022 to _____ and the final pretrial conference continued from September 2, 2022 to _____.

2. The time period of the date of this Order to _____, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i) and (h)(7)(B)(iv).

3. Defendant Fred Minassian shall appear in Courtroom 6A of the First Street Courthouse, 350 West First Street, Los Angeles, California on _____, at 8:30 a.m. for trial and on _____ at _____ \_\_\_.m. for the pretrial conference.

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

DATED: August ____, 2022

_____
HONORABLE PHILIP GUTIERREZ
UNITED STATES DISTRICT JUDGE

Presented by:

__/s/Craig Missakian_____
Attorneys for Defendant
Fred Minassian